**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**


**AMPHAI SOURYA RANSLEM**,                  :
                                            :
                          Plaintiff,        :
                                            :       Civil Action No.: 3:24-cv-00041
v.                                          :
                                            :
**TRISTAR PRODUCTS, INC.**,                 :       **JURY TRIAL DEMANDED**
                                            :
                          Defendant.        :


## <u>PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Amphai Sourya Ranslem, hereby discloses the following:

1. Plaintiff Amphai Sourya Ranslem is a private, non-governmental party.

2. Plaintiff is not a corporate party and has no corporate affiliates, subsidiaries, parent corporations, or publicly held corporations owning 10% or more stock.

3. For the purposes of diversity under 28 U.S.C. § 1332(a), Plaintiff is a resident and citizen of the State of Iowa.


Date: January 30, 2024                      Respectfully submitted,

                                            **JOHNSON BECKER, PLLC**

                                            <u>*/s/ Lisa A. Gorshe, Esq.*</u>
                                            Lisa A. Gorshe, Esq. (FL #122180)
                                            444 Cedar Street, Suite 1800
                                            St. Paul, MN 55101
                                            (612) 436-1800 / (612) 436-1801 (fax)
                                            lgorshe@johnsonbecker.com


                                            ***Attorneys for Plaintiff***